

1

1   THE STATE OF NEW YORK

2   COUNTY OF SUFFOLK

3   -----------------------------------------X

4   In the Matter of the Application of,

5   CHRISTINE MALAFI, SUFFOLK COUNTY ATTORNEY,

6   as Claiming Authority,

7                    Petitioner,

8          -against-

9   JAMES B. FERRARI,

10                   Respondent.

11  -----------------------------------------X

12              District Court

13              Central Islip, New York

14

15              September 1, 2009

16              10:10 a.m.

17

18

19

20

21  B E F O R E:  Hon. J. Dinoto

22

23

24

25

2

1    A P P E A R A N C E S:

2

3        CHRISTINE MALAFI, SUFFOLK COUNTY ATTORNEY

4            Claiming Authority

5            H. Lee Dennison Building

6            100 Veterans Memorial Highway

7            Hauppauge, New York

8

9        BY:  KELLY GREEN, ESQ.

10           Assistant County Attorney

11

12        CAMPANELLI and ASSOCIATES, P.C.,

13            129 Front Street

14            Mineola, New York

15

16        BY:  CHARLES MARTIN, of Counsel, ESQ.

17            Attorney for the Respondent

18

19

20

21

22

23

24

25

3

1            (Time Noted:  10:10 a.m.)

2            THE COURT:  You're James B.

3       Ferrari?

4            MR. MARTIN:  No, sir, I am Charles

5       A. Martin from Campanelli and

6       Associates, and I am the attorney for

7       the Respondent.

8            THE COURT:  Have you been

9       substituted?

10           MR. MARTIN:  No, sir, I am from the

11      same law firm.

12           THE COURT:  Same law firm?

13           MR. MARTIN:  I am of counsel to the

14      law firm, sir.

15           MS. GREEN:  Your Honor, just way of

16      background on this case.  The calendar

17      shows that this case was on before you

18      on June 9, 2009 and at that time,

19      Mr. Campanelli did appear and made a

20      motion before the Court.  I have the

21      transcript for the Court to review if

22      the Court wanted that transcript.

23      However, no determination and no hearing

24      went forth.  Therefore, based on the

25      fact that the case was still open and

4

1    there was no determination on the case,

2    I put the case back on the calendar so I

3    can go forward with the forfeiture

4    action.

5         THE COURT:  Was there a final

6    submission on the motion?

7         MR. MARTIN:  Sir, you took oral

8    arguments on the motion.

9         THE COURT:  Yes and I -- after oral

10   arguments, I denied the motion and there

11   was a suggestion that the motion should

12   be made on proper papers; has there been

13   any written motions submitted?

14        MR. MARTIN:  No, sir, that would be

15   the County's responsibility.

16        MS. GREEN:  No, it wouldn't, your

17   Honor.  It was not my motion to make.  I

18   opposed the motion at that time.

19        MR. MARTIN:  And, sir, I disagree

20   that it would have to be made on motion.

21   Under the New York Civil Practice Laws

22   and Rules, under Section 312, a

23   Defendant in a civil hearing can appear

24   either pro se or by an attorney.  I am

25   here for my client as his attorney under

1    the CPLR Rule 312, and a motion should

2    not be necessary for me to appear.  I

3    have case law stating that a party

4    appear in a defendant civil action in

5    person or by an attorney.  CPLR 321,

6    permits the defendant to appear by an

7    attorney through the same methods set

8    forth in CPLR 320-A 1E by serving an

9    answer or by appearing.

10         THE COURT:  Counsel?

11         MS. GREEN:  And the Pattern Jury

12    Charge allows me to take a missing

13    witness charge and imply that an adverse

14    inference would be taken against that

15    party, if the party is not present.

16         MR. MARTIN:  Your Honor, it is not

17    our burden to prove anything at this

18    point.  We believe that the County will

19    not be able to prove it's burden -- that

20    retaining the vehicle is necessary and

21    that other methods would not be more

22    proper for the County's safety such as

23    posting a bond.

24         MS. GREEN:  Your Honor, in this

25    particular case, the evidence that I am

6

1     going try to submit into evidence

2     indicates that there is no reason that

3     this gentleman needs this vehicle back.

4     Based on the type of vehicle this it is,

5     the County does need to retain it so

6     that it remains in the same condition it

7     was in at the time of the seizure.

8         THE COURT:  Let's address -- what

9     is your position, Madam County Attorney,

10    on having a hearing without Mr. Ferrari

11    being present as is the request of

12    counsel?

13        MS. GREEN:  Mr. Ferrari needs to

14    testify as to what his hardship is going

15    to be in this particular case.  If he is

16    not here to testify, he can't show a

17    hardship, therefore, he does have the

18    burden under the statute to show

19    hardship and should be present.

20        MR. MARTIN:  I have Section 270-26,

21    which states that the County has to

22    produce evidence that the issuing or

23    restraining order prohibiting sale,

24    transferring a loss of the vehicle with

25    impositions of appropriate penalty for

7

1       violations such retraining order, the

2       taking of the bond and/or the use of an

3       interlock device could not suffice for

4       this.  There is no requirement on our

5       part under Rule 270-26, that we provide

6       any evidence of a hardship.  It is

7       solely the County's burden to show that

8       those other avenues are not sufficient

9       in this case.

10          MS. GREEN:  Your Honor, I have not

11      had an opportunity to put a witness on

12      the stand, so can we do that?

13          THE COURT:  Well, are you willing

14      to go ahead with the hearing?

15          MS. GREEN:  Yes, I am, your Honor.

16          THE COURT:  You have been given

17      some documents by the County Attorney,

18      Counsel?

19          MR. MARTIN:  Yes, I have.

20          THE COURT:  Have you looked at

21      them?

22          MR. MARTIN:  Yes, I have.

23          THE COURT:  Do you want a witness

24      called to lay the foundation for those

25      documents, or do you want to stipulate

```
1        that they go into evidence?
2            MR. MARTIN:  We can stipulate that
3        they go into evidence, your Honor.
4            THE COURT:  Now, you have given
5        your appearance; correct?
6            MR. MARTIN:  Not yet.
7            THE COURT:  Go ahead.
8            MR. MARTIN:  My name is Charles A.
9        Martin.  I am of Counsel to Campanelli
10       and Associates., PC, 129 Front Street,
11       Mineola New York 11501.
12       Thank you, your Honor.
13           THE COURT:  Given the stipulation,
14       Madam Count Attorney, would you please
15       read into the record the documents for
16       identification purposes?
17           MS. GREEN:  Yes.
18       Exhibit A, is the Felony Complaint
19       against James B. Ferrari.  Exhibit B1,
20       is the Alcohol and Drug Influence
21       Report.  Exhibit B2, is the refusal to
22       submit to a chemical test.  Exhibit C,
23       is the Certificate of Disposition of a
24       prior conviction --  excuse me that is
25       C1.  C2, is the Abstract of Driving
```

1       Record from the Department of Motor

2       Vehicles.   Exhibit D, is the vehicle

3       title and registration records from the

4       Department of Motor Vehicles.   Exhibit

5       E, is the Notice of Seizure and Hearing,

6       and this is improperly marked.   It

7       should be F -- the last writing is a

8       printout from the Department of Motor

9       Vehicles registered in James B.

10      Ferrari's name.

11              THE COURT:  Given the stipulation,

12      the documents are in evidence as

13      identified and recited on the record.

14              (WHEREUPON, the above-referred

15      documents, were marked as Plaintiff's A

16      through E, in evidence, as of this

17      date.)

18      THE COURT:  Anything further, Madam

19      County Attorney?

20              MS. GREEN:  No, your Honor.

21              THE COURT:  Counsel?

22              MR. MARTIN:  Not at this stage,

23      your Honor.

24              THE COURT:  Okay.

25              MR. MARTIN:  However, I would like

1      the chance to cross-exam the Witness for

2      the County that would be able to testify

3      as to why these steps are not going to

4      be sufficient.

5          THE COURT:  Who might that be?

6          MR. MARTIN:  I don't know, your

7      Honor.  Under Rule 270-26, the County

8      has the burden of proving --

9          MS. GREEN:  I haven't done a

10     summation, your Honor.

11         THE COURT:  You what?

12         MS. GREEN:  I haven't done a

13     summation.

14         MR. MARTIN:  Well, it would not be

15     on summation.  It would have to be --

16     you have to provide a witness to show

17     that Suffolk County has a need to keep

18     this vehicle.

19         MS. GREEN:  I will in my summation,

20     your Honor.

21         MR. MARTIN:  A summation is not

22     evidence.

23         MS. GREEN:  Documentation proves

24     that Mr. Ferrari has another vehicle to

25     his disposal.  He's got a Land Rover

1    that is in his use -- registered in his

2    name and it is able to be used,

3    therefore, there is no hardship by

4    Mr. Ferrari to use that vehicle.  This

5    is a Ferrari that we are talking about.

6         THE COURT:  Let me do this.  First

7    of all, I have the documents and they're

8    in evidence.  The County Attorney is not

9    going to call any witnesses.  Does the

10   Count Attorney rest at this point?

11        MS. GREEN:  Yes, your Honor.

12        THE COURT:  Counsel, are you going

13   to call any witnesses?

14        MR. MARTIN:  No, your Honor, there

15   is no evidence.

16        THE COURT:  Do you rest?

17        MR. MARTIN:  Yes, sir.

18        THE COURT:  Let me look at these

19   documents.

20        MR. MARTIN:  Your Honor, can I also

21   bring forth Section 270-26?  I will show

22   it to Counsel to make sure --

23        MS. GREEN:  I am familiar with it,

24   your Honor.

25        THE COURT:  I will take judicial

12

1    notice of the contract of it.  I have a

2    copy of it myself.

3       MR. MARTIN:  I call your attention

4    Notice of Seizure 1A.

5       THE COURT:  Let me look at the

6    documents first, and then I will give

7    you each an opportunity to speak.

8       (WHEREUPON, a brief recess was

9    taken.)

10      THE COURT:  The only evidence

11   before the Court is the documentary

12   evidence that Counsel has stipulated to

13   go into evidence, and based on that

14   evidence, I will now allow Counsel first

15   -- Counsel, tell me what you want me to

16   do and why?  As I said, the evidence

17   before me is the documentary evidence.

18   You stipulated that, that go into

19   evidence.  It is in evidence and right

20   now it's the only evidence.  Go ahead.

21      MR. MARTIN:  Your Honor, I would

22   like to call your attention to a 2006

23   case called Malafi verses 2002 Dodge in

24   which Judge Pitt, again, points out that

25   a neutral magistrate can only view those

13

1    documents in front of them, and that it

2    is the County's burden to show that the

3    retention of the vehicle is necessary

4    and that taking of a bond, taking

5    photographs, putting an interlock device

6    on it, will not suffice for satisfying

7    the need for retention of the vehicle.

8    In this case, there is no evidence that

9    the vehicle was going to be moved out of

10   state or destroyed or sold.  The Court

11   can order such thing as restraining

12   against sale.  In addition, everyday

13   that this Court and the County hold --

14   no, not this Court because the Court can

15   not hold the vehicle -- the County

16   holding the vehicle is a violation of my

17   clients right under the Krimstock which

18   says, "The County has the burden of

19   proving in a civil forfeiture matter

20   those things necessary to retain the

21   vehicle" because my client has not been

22   proven guilty of anything despite his

23   previous record and until such time,

24   they have to prove that the retention of

25   the vehicle as an instrumentality of the

14

```
 1        crime did necessary, rather then as

 2        posting of a bond or other things would

 3        not suffice.

 4             THE COURT:  That's it?

 5             MR. MARTIN:  Yes, your Honor.

 6             MS. GREEN:  Your Honor, the County

 7        believes that probable cause --

 8             THE COURT:  I want you to comment

 9        on Krimstock, as well.

10             MS. GREEN:  Yes, your Honor, I

11        understand that.

12             Your Honor, the County believes

13        that probable cause for the stop and the

14        arrest has been shown based on the

15        documentation in evidence which has been

16        marked into evidence without objection

17        by Counsel.

18             Additionally, no one has testified

19        on their own behalf to refute this

20        information, therefore, it must be taken

21        in as part of evidence in and is before

22        your court.

23             In this particular case, the fact

24        warrants that he was weaving in and out

25        of traffic.  He was speeding and he also
```

1    admitted to owning the crack pipe that

2    was found in the vehicle.

3         MR. MARTIN:  Objection, your Honor.

4         THE COURT:  It's in evidence.

5    Overruled.

6         MS. GREEN:  In addition, this is

7    very valuable vehicle.  This is a

8    Ferrari that we're speaking about.  In

9    order for the County to maintain this

10   vehicle in the state that it was taken

11   at the time of the seizure, and based on

12   his driving record which is in the

13   abstract, your Honor, there is speeding.

14   There was other tickets warranted. The

15   County believes that this vehicle would

16   be damaged or even removed from the

17   state if it was allowed to go back to

18   the owner.

19        MR. MARTIN:  Objection, your Honor,

20   Counsel is testifying.

21        THE COURT:  This is just a

22   summation.

23        MR. MARTIN:  She's not allowed to

24   testify.  She's not allowed to give

25   evidence during summation, sir.

16

1          THE COURT:  Counsel, during the

2      summation, any attorney can comment on

3      what the evidence tends to show.  The

4      evidence is before the County Attorney

5      and the evidence is before me.  You and

6      the Count Attorney can, in summation,

7      tell the Court what the evidence tends

8      to show.  Overruled.

9          MS. GREEN:  Additionally, based on

10     his prior conviction, which was only in

11     2006, there's obviously a problem with

12     Mr. Ferrari.  Therefore, the County

13     believes that a bond, a restraining

14     order, or any of the other means

15     available to them, in this particular

16     case, would not maintain this vehicle in

17     the manner and in the form that it was

18     taken when it was seized.  A motor

19     vehicle is moveable.  It is a moveable

20     object, and based on the testimony and

21     based on what we have in evidence,

22     Mr. Ferrari has not proven to be a

23     responsible driver in this particular

24     case.  Therefore, the County requests

25     retention of this vehicle for the

1      remainder of the forfeiture action.

2          In addition, you wanted me to

3      comment on Krimstock.  Krimstock is the

4      case which deals with lenders -- the

5      lean-holders being notified as to the

6      post seizure hearing notices.  The

7      evidence shows that we did notify --

8      there is no lean-holder in this

9      particular case, so the application

10     they're referring to is dicta.  As to

11     the burden in the case, yes, it talks to

12     the County to make that burden, but the

13     County has sustained that burden and

14     there is nothing to refute it by

15     Mr. Ferrari or his attorney in testimony

16     form or evidentiary form to allow this

17     Court to determine that the County

18     should not retain it any further.

19         The County wishes to proceed with

20     this forfeiture action and wants

21     retention of the vehicle.

22         Additionally, the case Counsel

23     referred to relating to Judge Pitt, the

24     holding in that case was that the County

25     retained that vehicle, your Honor.

1          THE COURT:  After a hearing and

2     based on the credible evidence adduced

3     at the hearing, I find firstly that

4     there was, in fact, probable cause for

5     the stop and the arrest in the case.

6          The second part of my

7     determination is that Suffolk County is

8     directed to retain the vehicle pending

9     resolution of a forfeiture proceeding.

10          I would suggest that the County

11     serve a summons and complaint forthwith.

12          MS. GREEN:  Yes, your Honor.

13          THE COURT:  Order signed this date.

14          MR. MARTIN:  Your Honor, I just

15     want to state my objection on the

16     record.

17          THE COURT:  It's on the record.

18          MR. MARTIN:  If I could get the

19     Court Reporters information.

20          THE COURT:  Step up.

21          (WHEREUPON, this hearing was

22     concluded at 10:33 a.m.)

23               *         *         *

24

25

19

```
 1                        I N D E X

 2

 3                      E X H I B I T S

 4    For Petitioner      Description              IN EVID

 5        A               Felony Information          9

 6        B1              Alcohol/Drug Report         9

 7        B2              Refusal                     9

 8        C               Certificate of Disposition  9

 9        C2              Abstract of Driving Record  9

10        E               Notice of Seizure and Hearing  9

11        F               DMV Records                 9

12

13                       *         *         *

14

15

16

17

18

19

20

21

22

23

24

25
```

Five Star Reporting, Inc.
***** Suites located in all boroughs *****
(631) 224-5054

20

1

2                    C E R T I F I C A T I O N

3    STATE OF NEW YORK        )

4          SS:

5    COUNTY OF SUFFOLK        )

6          I, MELISSA POWELL, a Shorthand Reporter and

7    Notary Public of the State of New York, do hereby

8    certify:

9        That the within transcript prepared by me is a true

10   and accurate record of this hearing, to the best of my

11   ability.

12       I further certify that I am not related to any of the

13   parties to this action by blood or by marriage and that

14   I am in no way interested in the outcome of this matter.

15       IN WITNESS WHEREOF, I have hereunto set my hand ____

16   day of _____, 2009.

17

18

19

20

21

22               MELISSA POWELL

23

24

25

## 1

**1** [1] 1:15
**10:10** [2] 1:16 3:1
**10:33** [1] 18:22
**100** [1] 2:6
**11501** [1] 8:11
**129** [2] 2:13 8:10
**1a** [1] 12:4
**1e** [1] 5:8

## 2

**2002** [1] 12:23
**2006** [2] 12:22 16:11
**2009** [2] 1:15 3:18
**270-26** [4] 6:20 7:5 10:7 11:21

## 3

**312** [2] 4:22 5:1
**320-a** [1] 5:8
**321** [1] 5:5

## 9

**9** [8] 3:18 19:5,6,7,8,9,10,11

## A

**a.m** [3] 1:16 3:1 18:22
**ability** [1] 20:11
**able** [3] 5:19 10:2 11:2
**above-referred** [1] 19:14
**abstract** [3] 8:25 15:13 19:9
**accurate** [1] 20:10
**action** [5] 4:4 5:4 17:1,20 20:13
**addition** [3] 13:12 15:6 17:2
**additionally** [3] 14:18 16:9 17:22
**address** [1] 6:8
**adduced** [1] 18:2
**admitted** [1] 15:1
**adverse** [1] 5:13
**ahead** [3] 7:14 8:7 12:20
**alcohol** [1] 8:20
**alcohol/drug** [1] 9:6
**allow** [2] 12:14 17:16
**allowed** [3] 15:17,23,24
**allows** [1] 5:12
**and/or** [1] 7:2
**another** [1] 10:24
**answer** [1] 5:9
**appear** [5] 3:19 4:23 5:2,4,6
**appearance** [1] 8:5
**appearing** [1] 5:9
**application** [2] 1:4 17:9
**appropriate** [1] 6:25
**arguments** [2] 4:8,10
**arrest** [2] 14:14 18:5
**assistant** [1] 2:10
**associates** [3] 2:12 3:6 8:10
**attention** [1] 2:3,22
**attorney** [19] 1:5 2:3,10,17 3:6 4:24,25 5:5,7 6:9 7:17 8:14 9:19 11:8,10 16:2,4,6 17:15
**authority** [2] 1:6 2:4

**available** [1] 16:15
**avenues** [1] 7:8

## B

**b1** [2] 8:19 19:6
**b2** [2] 8:21 19:7
**back** [3] 4:2 6:3 15:17
**background** [1] 3:16
**based** [3] 3:24 6:4 12:13 14:14 15:11 16:9,20,21 18:2
**behalf** [1] 14:19
**believe** [1] 5:18
**believes** [4] 14:7,12 15:15 16:13
**best** [1] 20:10
**blood** [1] 20:13
**bond** [5] 5:23 7:2 13:4 14:2 16:13
**brief** [1] 12:8
**bring** [1] 11:21
**building** [1] 2:5
**burden** [10] 5:17,19 6:18 7:7 10:8 13:2,18 17:11,12,13

## C

**c1** [1] 8:25
**c2** [2] 8:25 19:9
**calendar** [2] 3:16 4:2
**call** [4] 11:9,13 12:3,22
**called** [2] 7:24 12:23
**campanelli** [4] 2:12 3:5,19 8:9
**case** [20] 3:16,17,25 4:1,2 5:3, 25 6:15 7:9 12:23 13:8 14:23 16:16,24 17:4,9,11,22,24 18:5
**cause** [3] 14:7,13 18:4
**central** [1] 1:13
**certificate** [2] 8:23 19:8
**certify** [2] 20:8,12
**chance** [1] 10:1
**charge** [2] 5:12,13
**charles** [3] 2:16 3:4 8:8
**chemical** [1] 8:2
**christine** [2] 1:5 2:3
**civil** [4] 4:21,23 5:4 13:19
**claiming** [1] 1:6 2:4
**client** [2] 4:25 13:21
**clients** [1] 13:17
**comment** [3] 14:8 16:2 17:3
**complaint** [2] 8:18 18:11
**concluded** [1] 18:22
**condition** [1] 6:6
**contract** [1] 12:1
**conviction** [2] 8:24 16:10
**copy** [1] 12:2
**correct** [1] 8:5
**counsel** [16] 2:16 3:13 5:10 6: 12 7:18 8:9 9:21 11:11,22 12: 12,14,15 14:17 15:20 16:1 17: 22
**count** [3] 8:14 11:10 16:6
**county** [32] 1:2,5 2:3,10 5:18 6: 5,9,21 7:17 9:19 10:2,7,17 11: 8 13:13,15,18 14:6,12 15:9,15

**16:4,12,24 17:12,13,17,19,24 18:7,10 20:5
**county's** [4] 4:15 5:22 7:7 13:2
**court** [49] 1:12 3:2,8,12,20,21, 22 4:5,9 5:10 6:8 7:13,16,20, 23 8:4,7,13 9:11,18,21,24 10:5, 11 11:6,12,16,18,25 12:5,10, 11 13:10,13,14,14 14:4,8,22 15:4,21 16:1,7 17:17 18:1,13, 17,19,20
**cplr** [3] 5:1,5,8
**crack** [1] 15:1
**credible** [1] 18:2
**crime** [1] 14:1
**cross-exam** [1] 10:1

## D

**damaged** [1] 15:16
**date** [2] 9:17 18:13
**day** [1] 20:16
**deals** [1] 17:4
**defendant** [3] 4:23 5:4,6
**denied** [1] 14:10
**dennison** [1] 2:5
**department** [3] 9:1,4,8
**description** [1] 19:4
**despite** [1] 13:22
**destroyed** [1] 13:10
**determination** [3] 3:23 4:1 18: 7
**determine** [1] 17:17
**device** [2] 7:3 13:5
**dicta** [1] 17:10
**dinoto** [1] 1:21
**directed** [1] 18:8
**disagree** [1] 4:19
**disposal** [1] 10:25
**disposition** [2] 8:23 19:8
**district** [1] 1:12
**dmv** [1] 19:11
**documentary** [2] 12:11,17
**documentation** [1] 10:23 14: 15
**documents** [9] 7:17,25 8:15 9: 12,15 11:7,19 12:6 13:1
**dodge** [1] 12:23
**done** [2] 10:9,12
**driver** [1] 16:23
**driving** [3] 8:25 15:12 19:9
**drug** [1] 8:20
**during** [2] 15:25 16:1

## E

**each** [1] 12:7
**either** [1] 4:24
**esq** [2] 2:9,16
**even** [1] 15:16
**everyday** [1] 13:12
**evid** [1] 19:4
**evidence** [33] 5:25 6:1,22 7:6 8:1,3 9:12,16 10:22 11:8,15 12:10,12,13,14,16,17,19,19,20 13:8 14:15,16,21 15:4,25 16:3,

**4,5,7,21 17:7 18:2
**evidentiary** [1] 17:16
**excuse** [1] 8:24
**exhibit** [6] 8:18,19,21,22 9:2,4

## F

**fact** [3] 3:25 14:23 18:4
**familiar** [1] 11:23
**felony** [2] 8:18 19:5
**ferrari** [12] 1:9 3:3 6:10,13 8:19 10:24 11:4,5 15:8 16:12,22 17: 15
**ferrari's** [1] 19:10
**final** [1] 4:5
**find** [1] 18:3
**firm** [3] 3:11,12,14
**first** [3] 11:6 12:6,14
**firstly** [1] 18:3
**forfeiture** [5] 4:3 13:19 17:1,20 18:9
**form** [3] 16:17 17:16,16
**forth** [3] 3:24 5:8 11:21
**forthwith** [1] 18:11
**forward** [1] 4:3
**found** [1] 15:2
**foundation** [1] 7:24
**front** [3] 2:13 8:10 13:1
**further** [3] 9:18 17:18 20:12

## G

**gentleman** [1] 6:3
**give** [2] 12:6 15:24
**given** [4] 7:16 8:4,13 9:11
**got** [1] 10:25
**green** [21] 2:9 3:15 4:16 5:11, 24 6:13 7:10,15 8:17 9:20 10: 9,12,19,23 11:11,23 14:6,10 15:6 16:9 18:12
**guilty** [1] 13:22

## H

**hand** [1] 20:15
**hardship** [5] 6:14,17,19 7:6 11: 3
**hauppauge** [1] 2:7
**hearing** [11] 3:23 4:23 6:10 7: 14 9:5 17:6 18:1,3,21 19:10 20:10
**hereby** [1] 20:7
**hereunto** [1] 20:15
**highway** [1] 2:6
**hold** [2] 13:13,15
**holding** [2] 13:16 17:24
**hon** [1] 1:21
**honor** [28] 3:15 4:17 5:16,24 7: 10,15 8:3,12 9:20,23 10:7,10, 20 11:11,14,20,24 12:21 14:5, 6,10,12 15:3,13,19 17:25 18: 12,14
**however** [2] 3:23 9:25

## I

**identification** [1] 8:16

Five Star Reporting, Inc.
***** Suites located in all boroughs *****
(631) 224-5054

**identified** [1] 9:13
**imply** [1] 5:13
**impositions** [1] 6:25
**improperly** [1] 9:6
**indicates** [1] 6:2
**inference** [1] 5:14
**influence** [1] 8:20
**information** [3] 14:20 18:19
  19:5
**instrumentality** [1] 13:25
**interested** [1] 20:14
**interlock** [2] 7:3 13:5
**islip** [1] 1:13
**issuing** [1] 6:22

## J

**james** [4] 1:9 3:2 8:19 9:9
**judge** [2] 12:24 17:23
**judicial** [1] 11:25
**june** [1] 3:18
**jury** [1] 5:11

## K

**keep** [1] 10:17
**kelly** [1] 2:9
**krimstock** [4] 13:17 14:9 17:3,
  3

## L

**land** [1] 10:25
**last** [1] 9:7
**law** [4] 3:11,12,14 5:3
**laws** [1] 4:21
**lay** [1] 7:24
**lean-holder** [1] 17:8
**lean-holders** [1] 17:5
**lee** [1] 12:5
**lenders** [1] 17:4
**look** [2] 11:18 12:5
**looked** [1] 7:20
**loss** [1] 6:24

## M

**madam** [3] 6:9 8:14 9:18
**made** [3] 3:19 4:12,20
**magistrate** [1] 12:25
**maintain** [2] 15:9 16:16
**malafi** [3] 1:5 2:3 12:23
**manner** [1] 16:17
**marked** [3] 9:6,15 14:16
**marriage** [1] 20:13
**martin** [32] 2:16 3:4,5,10,13 4:
  7,14,19 5:16 6:20 7:19,22 8:2,
  6,8,9 9:22,25 10:6,14,21 11:14,
  17,20 12:3,21 14:5 15:3,19,23
  18:14,18
**matter** [3] 1:4 13:19 20:14
**means** [1] 16:14
**melissa** [2] 20:6,22
**memorial** [1] 2:6
**methods** [2] 5:7,21
**might** [1] 10:5
**mineola** [2] 2:14 8:11

**missing** [1] 5:12
**motion** [9] 3:20 4:6,8,10,11,17,
  18,20 5:1
**motions** [1] 4:13
**motor** [4] 9:1,4,8 16:18
**moveable** [1] 16:18
**moved** [1] 13:9
**ms** [20] 3:15 4:16 5:11,24 6:13
  7:10,15 8:17 9:20 10:9,12,19,
  23 11:11,23 14:6,10 15:6 16:9
  18:12
**must** [1] 14:20
**myself** [1] 12:2

## N

**name** [3] 8:8 9:10 11:2
**necessary** [5] 5:2,20 13:3,20
  14:1
**need** [3] 6:5 10:17 13:7
**needs** [2] 6:3,13
**neutral** [1] 12:25
**new** [8] 1:1,13 2:7,14 4:21 8:11
  20:3,7
**notary** [1] 20:7
**noted** [1] 3:1
**nothing** [1] 17:14
**notice** [4] 9:5 12:1,4 19:10
**notices** [1] 17:6
**notified** [1] 17:5
**notify** [1] 17:7

## O

**object** [1] 16:20
**objection** [4] 14:16 15:3,19 18:
  15
**obviously** [1] 16:11
**okay** [1] 9:24
**one** [1] 14:18
**only** [4] 12:10,20,25 16:10
**open** [1] 3:25
**opportunity** [2] 7:11 12:7
**opposed** [1] 14:18
**oral** [2] 4:7,9
**order** [5] 6:23 7:1 13:11 15:9
  16:14 18:13
**other** [5] 5:21 7:8 14:2 15:14
  16:14
**out** [3] 12:24 13:9 14:24
**outcome** [1] 20:14
**overruled** [2] 15:5 16:8
**own** [1] 14:19
**owner** [1] 15:18
**owning** [1] 15:1

## P

**p.c** [1] 2:12
**papers** [1] 14:12
**part** [3] 7:5 14:21 18:6
**particular** [6] 5:25 6:15 14:23
  16:15,23 17:9
**parties** [1] 20:13
**party** [3] 5:3,15,15
**pattern** [1] 15:1

**pc** [1] 8:10
**penalty** [1] 16:25
**pending** [1] 18:8
**permits** [1] 5:6
**person** [1] 5:5
**petitioner** [2] 1:7 19:4
**photographs** [1] 13:5
**pipe** [1] 15:1
**pitt** [2] 12:24 17:23
**plaintiff's** [1] 9:15
**please** [1] 8:14
**point** [2] 5:18 11:10
**points** [1] 12:24
**position** [1] 6:9
**post** [1] 17:6
**posting** [2] 5:23 14:2
**powell** [2] 20:6,22
**practice** [1] 4:21
**prepared** [1] 20:9
**present** [3] 5:15 6:11,19
**previous** [1] 13:23
**printout** [1] 9:8
**prior** [2] 8:24 16:10
**pro** [1] 4:24
**probable** [3] 14:7,13 18:4
**problem** [1] 16:11
**proceed** [1] 17:19
**proceeding** [1] 18:9
**produce** [1] 6:22
**prohibiting** [1] 6:23
**proper** [2] 4:12 5:22
**prove** [3] 5:17,19 13:24
**proven** [2] 13:22 16:22
**proves** [1] 10:23
**provide** [2] 7:5 10:16
**proving** [2] 10:8 13:19
**public** [1] 4:21
**purposes** [1] 8:16
**put** [2] 4:2 7:11
**putting** [1] 13:5

## R

**rather** [1] 14:1
**read** [1] 8:15
**reason** [1] 6:2
**recess** [1] 12:8
**recited** [1] 19:13
**record** [9] 8:15 9:1,13 13:23 15:
  12 18:16,17 19:9 20:10
**records** [2] 9:3 19:11
**referred** [1] 17:23
**referring** [1] 17:10
**refusal** [2] 8:21 19:7
**refute** [2] 14:19 17:14
**registered** [2] 9:9 11:1
**registration** [1] 9:3
**related** [1] 20:12
**relating** [1] 17:23
**remainder** [1] 17:1
**remains** [1] 6:6
**removed** [1] 15:16
**report** [2] 8:21 19:6
**reporter** [1] 20:6

**reporters** [1] 18:19
**request** [1] 6:11
**requests** [1] 16:24
**requirement** [1] 7:4
**resolution** [1] 18:9
**respondent** [3] 1:10 2:17 3:7
**responsibility** [1] 4:15
**responsible** [1] 16:23
**rest** [2] 11:10,16
**restraining** [3] 6:23 13:11 16:
  13
**retain** [4] 6:5 13:20 17:18 18:8
**retained** [1] 17:25
**retaining** [1] 15:20
**retention** [5] 13:3,7,24 16:25
  17:21
**retraining** [1] 7:1
**review** [1] 3:21
**rover** [1] 10:25
**rule** [3] 5:1 7:5 10:7
**rules** [1] 4:22

## S

**safety** [1] 5:22
**sale** [2] 6:23 13:12
**same** [4] 3:11,12 5:7 6:6
**satisfying** [1] 13:6
**says** [1] 13:18
**se** [1] 4:24
**second** [1] 18:6
**section** [3] 4:22 6:20 11:21
**seized** [1] 16:18
**seizure** [6] 6:7 9:5 12:4 15:11
  17:6 19:10
**september** [1] 1:15
**serve** [1] 18:11
**serving** [1] 5:8
**set** [2] 5:7 20:15
**she's** [2] 15:23,24
**shorthand** [1] 20:6
**show** [8] 6:16,18 7:7 10:16 11:
  21 13:2 16:3,8
**shown** [1] 14:14
**shows** [2] 3:17 17:7
**signed** [1] 18:13
**sir** [8] 3:4,10,14 4:7,14,19 11:
  17 15:25
**sold** [1] 13:10
**solely** [1] 7:7
**speaking** [1] 15:8
**speeding** [2] 14:25 15:13
**ss** [1] 20:4
**stage** [1] 9:22
**stand** [1] 7:12
**state** [7] 1:1 13:10 15:10,17 18:
  15 20:3,7
**states** [1] 6:21
**stating** [1] 15:3
**statute** [1] 16:18
**step** [1] 18:20
**steps** [1] 10:3
**still** [1] 3:25
**stipulate** [2] 7:25 8:2

Five Star Reporting, Inc.
***** Suites located in all boroughs *****
(631) 224-5054

identified - stipulate

stipulated [2] 12:12,18
stipulation [2] 8:13 9:11
stop [1] 14:13 18:5
street [2] 2:13 8:10
submission [2] 4:6
submit [2] 6:1 8:22
submitted [1] 4:13
substituted [1] 3:9
suffice [3] 7:3 13:6 14:3
sufficient [2] 7:8 10:4
suffolk [6] 1:2,5 2:3 10:17 18:7
  20:5
suggest [1] 18:10
suggestion [1] 4:11
summation [9] 10:10,13,15,19,
  21 15:22,25 16:2,6
summons [1] 18:11
sustained [1] 17:13

### T

talks [1] 17:11
tends [2] 16:3,7
test [1] 8:22
testified [1] 14:18
testify [4] 6:14,16 10:2 15:24
testifying [1] 15:20
testimony [2] 16:20 17:15
there's [1] 16:11
therefore [6] 3:24 6:17 11:3 14:
  20 16:12,24
tickets [1] 15:14
title [1] 9:3
took [1] 4:7
traffic [1] 14:25
transcript [3] 3:21,22 20:9
transferring [1] 6:24
true [1] 20:9
try [1] 6:1
type [1] 6:4

### U

under [7] 4:21,22,25 6:18 7:5
  10:7 13:17
understand [1] 14:11
until [1] 13:23
up [1] 18:20

### V

valuable [1] 15:7
vehicle [25] 5:20 6:3,4,24 9:2
  10:18,24 11:4 13:3,7,9,15,16,
  21,25 15:2,7,10,15 16:16,19,
  25 17:21,25 18:8
vehicles [3] 9:2,4,9
verses [1] 12:23
veterans [1] 2:6
view [1] 12:25
violation [1] 13:16
violations [1] 7:1

### W

wanted [2] 3:22 17:2
wants [1] 17:20

warranted [1] 15:14
warrants [1] 14:24
way [2] 3:15 20:14
weaving [1] 14:24
whereof [1] 20:15
whereupon [3] 9:14 12:8 18:
  21
will [7] 5:18 10:19 11:21,25 12:
  6,14 13:6
willing [1] 7:13
wishes [1] 17:19
within [1] 20:9
without [2] 6:10 14:16
witness [6] 5:13 7:11,23 10:1,
  16 20:15
witnesses [2] 11:9,13
writing [1] 9:7
written [1] 4:13

### Y

york [8] 1:1,13 2:7,14 4:21 8:11
  20:3,7

## Errata Sheet

I, _____, have read the entire transcript of the hearing held on
_____ [date]. I request that the following changes be entered into the
record for the reasons indicated. The errata sheet below should be attached to the
original transcript and the court copy of the transcript .

Reason Code:   1 Misspelling
2 Wrong word
3 Wrong speaker
4 Other (explain)

| Page/Line | Correction or Change | Reason Code |
|-----------|---------------------|-------------|
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |
|           |                     |             |

Date: _____         Signature: _____

Address: _____

_____

FIVE STAR REPORTING, INC.
3132 Union Boulevard
East Islip, New York 11730
(631) 224-5054
Fax (631) 224-3926