**COUNTY OF SUFFOLK**



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. COHEN**
COUNTY ATTORNEY

**DEPARTMENT OF LAW**

June 26, 2012

Magistrate Judge Gary R. Brown
United States District Court
100 Federal Plaza, P.O. Box 9014
Central Islip, New York 11722-9014

Re:   *Ferrari v. County of Suffolk*
      10-CV-4218 (JS)(GRB)

Hon. Judge Brown:

This office represents the County of Suffolk in this action brought pursuant to 42 U.S.C. § 1983. I received a copy of the plaintiff's expert report today, which is annexed hereto as Exhibit "A." Upon review of the report, I advised the plaintiff that it fails to comply with the requirements of Federal Rule of Civil Procedure 26.

Attached please find a revised Pre-Trial Order, which was agreed upon by both sides, in accordance with the Court's directive at the Pre-Trial Conference held on June 14, 2012.

Thank you for your consideration.

Very truly yours,

DENNIS M. COHEN
Suffolk County Attorney

Christopher M. Gatto
Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY    ♦    MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099    ♦    (631) 853-4049
TELECOPIER (631) 853-5169