# CAMPANELLI & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue • Suite 204 • Merrick, N.Y. 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

Andrew J. Campanelli
Member of NY & CT Bar

David A. Antwork

COUNSEL

George B. McPhillips
1930-1994

June 27, 2012

**VIA ECF**
Magistrate Judge Gary R. Brown
United States Courthouse
Eastern District
100 Federal Plaza
Central Islip, New York 11722-4449

      Re:    James Ferrari v. County of Suffolk
              Docket No. 10 CV 04218

Honorable Sir:

      We represent the plaintiff in the above referenced matter.

      We are writing in response to defendant's counsel's correspondence to this Court dated June 27, 2012.

      We take exception to the defendant's position that the plaintiff's expert report fails to comply with the requirements of Fed. R. Civ. P. 26.

      When the report was sent to the defendant, the defendant rejected same contending it did not comply with Rule 26, yet has not specified either to this office or to the Court, in what way it allegedly does not comply.

      The plaintiff believes that the report does in fact comply with Rule 26 and should respectfully be accepted by the Court and the defendant.

                                                       Respectfully,

                                                         David A. Antwork (DA 1168)

cc: Christopher M. Gatto, Esq. (Via ECF)